# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D21-699

———————————————

SYBIL RIVERS,

Appellant,

v.

SUPERINTENDENT OF SCHOOLS,

Appellee.

———————————————

On appeal from the School Board of Jackson County.
Tony Pumphrey, Chair.

September 28, 2022

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Melissa C. Mihok of CPLS, P.A., Orlando, for Appellant.

Robert E. Larkin, III and Jeffrey Champ of Allen, Norton & Blue, P.A., Tallahassee, for Appellee.